# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:25-mj-00006 |
| Matthew Thomas Moultrie ) | **SEALED** |
| Defendant(s) ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 12/19/2024 in the county of Multnomah in the _____ District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 841(a)(1) | Possesion with Intent to Distribute a Controlled Substance (Methamphetamine) (Fentanyl) |
| 18 U.S.C. § 924(c) | Possesion of a Firearm in Furtherance of a Drug Trafficking Offense |
| 18 U.S.C. § 922(g)(1) | Felon in Possesion of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit of FBI Task Force Officer Nathan Hibbs.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Nathan Hibbs, Task Force Officer, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 5:54 pm a.m./p.m.

Date: January 9, 2025

*Youlee Yim You*
*Judge's signature*

City and state: Portland, Oregon

Hon. Youlee Yim You
*Printed name and title*